UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joanne Coleman, o/b/o B.G., | ) ) | Civil Action No. 5:14-cv-2148-MGL-KDW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) ) | |

On June 4, 2014, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on October 9, 2014. ECF Nos. 5, 6. Plaintiff's brief in support of her appeal was due by November 13, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 5. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding extension of the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **December 3, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

November 19, 2014  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge